[No. 56049-2-I.   Division One.   June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRIQUE SA-PEREIRA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-06459-3, Douglass A. North, J., entered April 11, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56096-4-I.   Division One.   June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW LOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-09984-2, Nicole MacInnes, J., entered April 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56109-0-I.   Division One.   June 12, 2006.]

*In the Matter of the Marriage of* ALLA PUCHKAREVA, *Respondent,* and VLADIMIR PUCHKAREV, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-3-01623-5, Glenna Hall, J., entered March 28, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56279-7-I.   Division One.   June 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. CHERYL L. LOTT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-09150-7, Richard A. Jones, J., entered May 16, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.